No. 226. FRANCESCO MASSARI ZAVAGLIA, PLAINTIFF IN ERROR, *v.* EMANUELA NOTARBARTOLO. In error to the Supreme Court of the State of Louisiana. Motion to dismiss or affirm submitted March 6, 1917. Decided March 19, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Eustis* v. *Bolles,* 150 U. S. 361; *Leathe* v. *Thomas,* 207 U. S. 93; *Gaar, Scott & Co.* v. *Shannon,* 223 U. S. 468; *Holden Land Co.* v. *Interstate Trading Co.,* 233 U. S. 536, 541; *Mellon Company* v. *McCafferty,* 239 U. S. 134. *Mr. Henry L. Lazarus, Mr. David Sessler, Mr. Hannis Taylor* and *Mr. Girault Farrar* for plaintiff in error. *Mr. W. B. Spencer* and *Mr. Charles Payne Fenner* for defendant in error.

———

No. 303. ESTEBAN HUERTAS ET AL., APPELLANTS, *v.* JOSE VAZQUEZ MONTES, AS WARDEN OF THE DISTRICT JAIL OF HUMACAO. Appeal from the Supreme Court of Porto Rico. Motion to dismiss or affirm submitted March 12, 1917. Decided March 19, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Flemister* v. *United States,* 207 U. S. 372; *Gavieres* v. *United States,* 220 U. S. 338; *Morgan* v. *Devine,* 237 U. S. 632, 641. *Mr. Jackson H. Ralston* for appellants. *Mr. Samuel T. Ansell* for appellee.

———

No. 596. EUGENIO KILAYCO, PLAINTIFF IN ERROR, *v.* UNITED STATES. In error to the Supreme Court of the Philippine Islands. Submitted March 6, 1917. Decided March 19, 1917. *Per Curiam.* Judgment affirmed upon the authority of *Schick* v. *United States,* 195 U. S. 65, 71–72; *Mullan* v. *United States,* 212 U. S. 516, 520. *Mr. H. W. Van Dyke* and *Mr. Newton W. Gilbert* for plaintiff in error. *Mr. Assistant Attorney General Warren* for defendant in error.